No. 1882.   El Pueblo, Apelado, *v.* Báez, Apelante.— Corte de Distrito de Ponce.   Adulteración de leche.   Re-

suelto en marzo 10, 1922. No se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.